YONKERS-GARDEN CITY REALTY COMPANY, Appellant, *v.*
    JACKSON BROS. REALTY COMPANY et al., Respondents.

*Yonkers-Garden City Realty Co.* v. *Jackson Bros. Realty Co.*,
161 App. Div. 886, affirmed.
    (Argued April 19, 1916; decided May 9, 1916.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered February 5, 1914, affirming a judgment in favor
of defendants entered upon a dismissal of the complaint
by the court on trial at Special Term.    The action is
brought against the promoters and managers of the
plaintiff to set aside a mortgage for $40,541.10 alleged to
represent a secret profit claimed by them in fraud of the
purchasers of the stock of plaintiff, and to compel an
accounting by defendants covering their transactions by
which the land involved was purchased for and trans-
ferred to the plaintiff.

*Abram I. Elkus, Wesley S. Sawyer* and *Harry Wilber*
for appellant.

*John H. Corwin* and *Philip S. Dean* for respondents.

Judgment affirmed, with costs; no opinion.
    Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CAR-
DOZO and POUND, JJ.    Absent: WILLARD BARTLETT,
Ch. J.

---

HARRY ETSHELLS, Respondent, *v.* JAMES F. FARGO, as
    Treasurer of the AMERICAN EXPRESS COMPANY,
    Appellant.

*Etshells* v. *Fargo*, 165 App. Div. 987, affirmed.
    (Argued April 20, 1916; decided May 9, 1916.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered December 30, 1914, affirming a judgment in
favor of plaintiff entered upon a verdict.    The action

was brought to recover damages for injuries sustained by the respondent through his being struck and injured by an automobile truck owned and operated by the American Express Company. The appeal to the Appellate Division was taken on the ground that the verdict was against the weight of the evidence; that it was excessive, and on the further ground that the respondent failed to establish either the negligence of the appellant, or his own freedom from contributory negligence.

*John G. Milburn, Jr.,* and *Thomas S. Doughty* for appellant.

*Jeremiah A. O'Leary* and *Fred O. Nelson, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.

---

JAMAICA WATER SUPPLY COMPANY, Respondent, *v.* JOHN HILL, Appellant.

*Jamaica Water Supply Co.* v. *Hill,* 157 App. Div. 894, affirmed.
(Argued April 21, 1916; decided May 9, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 8, 1913, affirming a final judgment in favor of plaintiff entered after the affirmance by the Appellate Division of an order of Special Term overruling a demurrer to the complaint and failure on the part of the defendant to comply with terms upon which he was permitted to withdraw his demurrer and answer. The action is brought upon a contract of guaranty under the terms of which the defendant John Hill guaranteed all payments stipulated in a certain contract dated the 28th day of June, 1907, between the Jamaica Water Supply Company, party of the first part, and the Inter-